```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )            4:07CR3089
     v.                        )
                               )
ELLEN MAE FISHER,              )
                               )         MEMORANDUM AND ORDER
            Defendant.         )
                               )
```

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 24. The defendant was present with counsel, and was advised of her rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. Defendant argued for release under certain conditions. I find that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

1. The previous order of release, filing 13, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

2. Pretrial Services shall investigate defendant's new proposal for release conditions and report to the court and counsel.

DATED September 18, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge