IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ELLEN MAE FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's unopposed motion to extend self-surrender date to BOP (filing 59).  Having considered the matter,

IT IS ORDERED that:

(1)     The government's unopposed motion to extend self-surrender date to BOP (filing 59) is granted.

(2)     The defendant's commitment date to the Federal Bureau of Prisons is hereby continued to June 30, 2008, at or before 2:00 p.m.

(3)     Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal.  The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

(4)     If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 2 above, the Bureau of Prisons shall not select a date any earlier than June 30, 2008.  And, the United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

April 7, 2008.                                    BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge